

# IN THE
# TENTH COURT OF APPEALS

## No. 10-08-00282-CV

**RALPH B. SMITH,**

                                                                                **Appellant**

 **v.**

**KIM JOHNSON, REC COORDINATOR,**

                                                                                **Appellee**

### From the 87th District Court
### Freestone County, Texas
### Trial Court No. 08-224-B

## MEMORANDUM  OPINION

Ralph B. Smith, a prison inmate, appeals the trial court's dismissal of his lawsuit against a prison employee.  Smith has not filed a brief in this appeal.  By letter dated September 23, 2008, the Clerk of this Court notified Smith that the Court may dismiss the appeal for want of prosecution unless, within 21 days from the date of the letter, Smith filed a response showing grounds for continuing the appeal.  More than 21 days have passed, and Smith has not responded.

Further, absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing.  Tex. R. App. P. 12.1(b); Appendix to

TEX. R. APP. P., Order Regarding Fees (September 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. § 51.207(b) (Vernon 2005). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2.

Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 38.8(a)(1) and 42.3(b).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Vance, and
        Justice Reyna
Appeal dismissed
Opinion delivered and filed October 29, 2008
 [CV06]